UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| VONDA GARDNER, | ) | Case No. 1:24 CV 458 |
| | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| | ) | |
| CARVANA, INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

The Plaintiff has filed a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(A)(1)(a)(ii), seeking to voluntarily dismiss this action with prejudice. (Doc. #8).

Plaintiff's Complaint is hereby dismissed with prejudice at the Plaintiff's request. The parties are each to bear their own costs and attorney fees.

IT IS SO ORDERED.

_____
DONALD C. NUGENT
United States District Judge

DATE: May 7, 2024